# EXHIBIT C





## WE KNOW AIR FRESHENERS



- Over 30 years of experience in the industry

- More than 400 SKU's in a wide variety of fragrance delivery systems

- Over 50 different aromas, including exclusive new fragrances

- Patented ULTRA NORSK® leaf design widely recognized within the industry

- Constant innovation: leading edge designs (many with exclusive patents) in plastic, paper, three-dimensional, gel, liquid in a can, ceramic stones and other new technologies

- Rigorous testing to chemical and governmental standards.

- Baltimore, Maryland warehouse has over 300,000 square feet of space devoted to cutting edge production, shipping, receiving and manufacturing

Auto Expressions™ 2005 Product Catalog

**CAUTION:** Local regulations may vary as to hanging air fresheners which block partial view of driver. Check with local laws before hanging. Auto Expressions™ and SOPUS Products are not responsible for any use of this product in violation of local regulations.

# Air Fresheners

## NOVELTY



DOLPHIN
**OCEAN SURF**
**1PK:** DOL-18



DOLPHIN
**OUTDOOR BREEZE®**
**1PK:** DOL-28



DOLPHIN
**TROPICAL BERRY**
**1PK:** DOL-29



SHARK
INSPIRED BY **CK ONE**™
**1PK:** SHR-47



DRAGON
**OUTDOOR BREEZE®**
**1PK:** DRA-28



DRAGON
**SPICED MUSK**
**1PK:** DRA-96



FLOWER BALL ASSORTED
**FRESH BLOOMS**
**1PK:** FB-A



HAWAIIAN LEI HIBISCUS
**MANGO COLADA**
**1PK:** HLH-1



HAWAIIAN LEI
**MANGO COLADA**
**1PK:** HLM-1



HAWAIIAN LEI TURTLE
**HAWAIIAN COLADA**
**1PK:** HLT-1



FLOWER PAPER
**FLORAL POTPOURRI**
**1PK:** FLW-1

The air fresheners inspired by the following fragrances are made by SOPUS Products, which is not related in any manner to the products or manufacturers listed. CK ONE™ is a trademark of Calvin Klein Cosmetics Corp, Dist. ROMANCE™ is a trademark of PRL USA HOLDING, INC.

Auto Expressions™ 2005 Product Catalog

# Air Fresheners

## VENTS: SWIRLING SCENTS®

   

SWIRLING SCENTS®
**OUTDOOR BREEZE®**
SWS-28

SWIRLING SCENTS®
**STRAWBERRY**
SWS-7

SWIRLING SCENTS®
**VANILLA**
SWS-23

SWIRLING SCENTS®
**WILDBERRIES**
SWS-49

## NOVELTY VENTS

  

BUTTERFLY
**OUTDOOR BREEZE®**
VNTB-1

FLOWER
**FLOWER SHOP**
VNTFLWR-1

MALTESE CROSS
**OUTDOOR BREEZE®**
VNTMC-1

Search [____] Go



BizRate.com
customer certified
Store Rating: ☺ As of: 03/26/08
Click to Verify



○ Silk Flowers
- Silk Flower Stems - All
○ Shop by Types of Flowers
  ○ Achillea - Azalea
  ○ Baby's Breath - Bromelia
  ○ Calendula - Crocosmia
  ○ Dahlia - Freesia
  ○ Gardenia - Gyp
    ○ Gardenia
    ○ Geranium
    ○ **Gerbera Daisy**
    ○ Ginger
    ○ Gladiolus
    ○ Gloriosa
    ○ Gyp
  ○ Helleborine - Jasmine
  ○ Larkspur - Lunaria
  ○ Magnolia - Pussy Willow
  ○ Queen Anne's Lace - Sunflowers
  ○ Tulip - Zinnia
- Silk Flowers By Color
- Silk Roses
- Floral Bushes
- Berry Collection (Closeout)
- Garlands, Wreaths, and Swags
- Floral Greenery
- Silk Floral Arrangements
- Tropical Flowers
- Candle Rings and Floating Flowers
- Artificial Fruits and Artificial Vegetables

**View Our Closeout Items**



HACKER SAFE
TESTED DAILY 27-MAR



customer testimonials

**Sign up now -**
*To Receive Special Offers*

Name : [____]
Company : [____]

---

Results 1-20 of 46    ◄  1  2  3  ►

## Gerbera Daisy - The Gerbera Daisy represents happiness & friendship

   

| | | | |
|---|---|---|---|
| **Click to View** | **Click to View** | **Click to View** | **Click to View** |
| SLK-GTD445-BT | SLK-GTD445-YE | SLK-GTD445-PU/DK | SLK-GTD445-GR/SO |
| Cerise Gerbera Daisy with a 4" Flower on a 9" Stem, More colors are available. | Yellow Gerbera Daisy with a 4" Flower on a 9" Stem, More Colors are Available. | Dark Purple Gerbera Daisy with a 4" Flower on a 9" Stem, More Colors are Available. | Soft Green Gerbera Daisy with a 4" Flower on a 9" Stem, More Colors are Available. |

Regular: $0.54 / Our Price:

| Quantity | Price | Quantity | Price | Quantity | Price | Quantity | Price |
|---|---|---|---|---|---|---|---|
| 1 – 71 | $0.45 | 1 – 71 | $0.45 | 1 – 71 | $0.45 | 1 – 71 | $0.45 |
| 72 + | $0.36 | 72 + | $0.36 | 72 + | $0.36 | 72 + | $0.36 |

QTY. [1]    QTY. [1]    QTY. [1]    QTY. [1]

   

| | | | |
|---|---|---|---|
| **Click to View** | **Click to View** | **Click to View** | **Click to View** |
| SLK-GD9222-YE | SLK-GD9222-WH | SLK-GD9222-RE/DP | SLK-GD9222-RE |
| 21" Gerbera Daisy in Yellow with a 4" Flower. More colors available | 21" Gerbera Daisy in White with a 4" Flower. More colors available | 21" Gerbera Daisy in Deep Red with a 4" Flower. More colors available | 21" Gerbera Daisy in Red with a 4" Flower. More colors available |

Regular: $0.71 / Our Price:

| Quantity | Price | Quantity | Price | Quantity | Price | Quantity | Price |
|---|---|---|---|---|---|---|---|
| 1 – 59 | $0.59 | 1 – 59 | $0.59 | 1 – 59 | $0.59 | 1 – 59 | $0.59 |
| 60 + | $0.55 | 60 + | $0.55 | 60 + | $0.55 | 60 + | $0.55 |

QTY. [1]    QTY. [1]    QTY. [1]    QTY. [1]

  

| | | | |
|---|---|---|---|
| **Click to View** | **Click to View** | **Click to View** | **Click to View** |
| SLK-GD9222-PK/LT | SLK-GD9222-PK | SLK-GD9222-PE/YE | SLK-GD9222-GO/YE |
| 21" Gerbera Daisy in Light Pink/Peach with a | 21" Gerbera Daisy in Pink with a 4" Flower | 21" Gerbera Daisy in Apricot with a 4" Flower | 21" Gerbera Daisy in Golden Yellow with a |

   



Company:

E-Mail:

Subscribe!

4" Flower. More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

olden Yellow win a 4
Flower. More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

---

Click to View
SLK-GD9222-FU
21" Gerbera Daisy in Fuchsia with a 4" Flower. More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

Click to View
SLK-GD9222-CR
21" Gerbera Daisy in Cream with a 4" Flower. More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

Click to View
SLK-GD9222-BT
21" Gerbera Daisy in Beauty with a 4" Flower. More colors available

**Regular: $0.71**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 59 | $0.59 |
| 60 + | $0.55 |

QTY. 1

Click to View
SLK-GTD547-YE
29" Yellow Jumbo Head Gerbera Daisy with a 7" Flower.

**Regular: $1.91**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 11 | $1.59 |
| 12 + | $1.39 |

QTY. 1

---

Click to View
SLK-GTD547-TQ
29" Turquoise Jumbo Head Gerbera Daisy with a 7" Flower.

**Regular: $1.91**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 11 | $1.59 |
| 12 + | $1.39 |

QTY. 1

Click to View
SLK-GTD547-PU
29" Purple Jumbo Head Gerbera Daisy with a 7" Flower.

**Regular: $1.91**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 11 | $1.59 |
| 12 + | $1.39 |

QTY. 1

Click to View
SLK-GTD547-PK
29" Pink Jumbo Head Gerbera Daisy with a 7" Flower.

**Regular: $1.91**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 11 | $1.59 |
| 12 + | $1.39 |

QTY. 1

Click to View
SLK-GTD547-OR
29" Orange Jumbo Head Gerbera Daisy with a 7" Flower.

**Regular: $1.91**
**Our Price:**

| Quantity | Price |
| --- | --- |
| 1 – 11 | $1.59 |
| 12 + | $1.39 |

QTY. 1

---

**Results 1-20 of 46**  1  2  3  Sort by Name  Sort by Price

wers–Fake–Flowers/Silk | Go

Close

ure for that URL.
eb that will become part of the

Help

Silk Flowers daisies in long stems and short stems with different head sizes and hundreds of colors. Our most popular flower, the Gerbera daisies are available at wholesale prices.

Silk Flowers
Shop by Color
Shop by Types of Silk Flowers
  African Violet
  Agapanthus
  Alstroemeria
  Amaryllis
  Anemones
  Anthurium
  Azaleas
  Baby's Breath
  Bells Of Ireland
  Billy Button
  Bird of Paradise
  Blossom Branches
  Bluebonnet
  Bougainvillea
  Calla Lily
  Carnations
  Chinese Lantern
  Chrysanthemums
  Clover
  Cornflower
  Cosmos
  Cymbidium Orchid
  Daffodil
  Dahlia
  Daisy
  Delphinium
  Dendrobium Orchid
  Dogwood
  Forsythia
  Freesia
  Gardenia
  Geranium
  **Gerbera Daisy**
  Ginger
  Gyp
  Heather
  Heliconia
  Hibiscus
  Hydrangeas
  Iris
  Japanese Lantern
  Larkspur
  Lavender
  Lilac
  Lily
  Lily of the Valley
  Lunaria
  Magnolia
  Marigold
  Mum
  Peony
  Phalaenopsis Orchid
  Poppy
  Pussy Willow
  Ranunculus
  Roses
  Scabiosa
  Shamrock
  Silver Dollar
  Snapdragon

## Gerbera Daisy

The Gerbera Daisy represents happiness & friendship









**24" Gerbera Daisy Spray in Bright Green**

★★★★★

AF-SLK-FSD338-GR

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |

**24" Garden Fresh Gerbera Daisy Spray in Orange with a 4.5" Flower**

★★★★★

AF-SLK-FSD338-OR

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |

**24" Garden Fresh Gerbera Daisy Spray in Pink with a 4.5" Flower**

★★★★★

AF-SLK-FSD338-PK

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |

**24" Garden Fresh Gerbera Daisy Spray in Rubrum Pink with a 4.5" Flower**

AF-SLK-FSD338-RB

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |

**24" Garden Fresh Gerbera Daisy Spray in Dark Violet with a 4.5" Flower**

AF-SLK-FSD338-VI/DK

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |











**24" Silk Garden Fresh Gerbera Daisy Spray in White with a 4.5" Flower**

AF-SLK-FSD338-WH

~~Regular: $2.75~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $2.29 |
| 12 + | $2.19 |

| 1 |
| --- |

**18" Mini Gerbera Daisy Spray in Cream with a 2.5" Flower**

AF-SLK-FSD800-CR

~~Regular: $1.19~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

| 1 |
| --- |

**18" Mini Gerbera Daisy Spray in Fuchsia with a 2.5" Flower**

★★★★★

AF-SLK-FSD800-FU

~~Regular: $1.19~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

| 1 |
| --- |

**18" Mini Gerbera Daisy Spray in Pink Cream with a 2.5" Flower**

AF-SLK-FSD800-PK/CR

~~Regular: $1.19~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

| 1 |
| --- |

**18" Mini Gerbera Daisy Spray in Red with a 2.5" Flower**

★★★★★

AF-SLK-FSD800-RE

~~Regular: $1.49~~

Our Price Each:

| Quantity | Price |
| --- | --- |
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

| 1 |
| --- |











Star of Bethlehem
Stargazer
Stephanotis
Succulents
Sunflowers
Sweet Pea
Sweet William
Tulips
Violet
Wisteria
Zinnia
Berry Sprays
Flowering Branches
Bushes
Greenery
Garlands and Swags
Kissing Balls
Orchids
Real Touch Flowers
Rose Petals
Silk Roses
Submersible Flowers
Wreaths

**Shop by Color**

**Types of Flowers**

---

**18" Mini Gerbera Daisy Spray in Violet with a 2.5" Flower**

AF-SLK-FSD800-VI

Regular: $1.19

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

1

---

**18" Mini Gerbera Daisy Spray in Yellow with a 2.5" Flower**

AF-SLK-FSD800-YE

Regular: $1.19

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $0.99 |
| 12 + | $0.79 |

1

---

**21" Gerbera Daisy Spray in Cream with a 4.5" Flower**

AF-SLK-FSD801-CR

Regular: $2.15

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.79 |
| 12 + | $1.69 |

1

---

**21" Gerbera Daisy Spray in Fuchsia with a 4.5" Flower**

AF-SLK-FSD801-FU

Regular: $2.15

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.79 |
| 12 + | $1.69 |

1

---

**21" Gerbera Daisy Spray in Flame Orange with a 4.5" Flower**

AF-SLK-FSD801-OR

Regular: $2.15

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.79 |
| 12 + | $1.69 |

1

---



**21" Gerbera Daisy Spray in Pink Cream with a 4.5" Flower**

AF-SLK-FSD801-PK/CR

Regular: $2.15

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.79 |
| 12 + | $1.69 |

1

---



**21" Gerbera Daisy Spray in Red with a 4.5" Flower**

AF-SLK-FSD801-RE

Regular: $2.15

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.79 |
| 12 + | $1.69 |

1

---



**21" Gerbera Daisy Spray in Vanilla Beige**

AF-SLK-FSD803-BE/TT

Regular: $2.39

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.99 |
| 12 + | $1.79 |

1

---



**21" Gerbera Daisy Spray in Brown**

AF-SLK-FSD803-CX

Regular: $2.39

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.99 |
| 12 + | $1.79 |

1

---



**21" Gerbera Daisy Spray in Olive Green**

AF-SLK-FSD803-GR/TT

Regular: $2.39

Our Price Each:

| Quantity | Price |
|---|---|
| 1 – 11 | $1.99 |
| 12 + | $1.79 |

1

Silk Flowers
Shop by Color
Shop by Types of Silk Flowers
African Violet
Agapanthus
Alstroemeria
Amaryllis
Anemones
Anthurium
Azaleas
Baby's Breath
Bells Of Ireland
Billy Button
Bird of Paradise
Blossom Branches
Bluebonnet
Bougainvillea
Calla Lily
Carnations
Chinese Lantern
Chrysanthemums

Silk gerbera daisies in long stems and short stems with different head sizes and hundreds of colors. Our most popular flower, the Gerbera daisies are available at wholesale prices.

# Gerbera Daisy

The Gerbera Daisy represents happiness & friendship

    

| 21" Gerbera Daisy Spray in Coral with Buttery Highlights | 19" Spider Gerbera Daisy in Burgundy with a 5" Flower | 22" Silk Gerbera Daisy Spray in Chocolate Brown with a 4" Flower | 22" Silk Gerbera Daisy Spray in Turquoise with a 4" Flower | 22" Silk Gerbera Daisy Spray in Wine with a 4" Flower |

AF-SLK-FSD803-MV/HO
Regular: $2.39

Our Price Each:

AF-SLK-FSD816-BU
Regular: $1.07

Our Price Each:

AF-SLK-FSD869-CV
Regular: $1.55

Our Price Each:

AF-SLK-FSD869-TQ
Regular: $1.55

Our Price Each:

AF-SLK-FSD869-WI/TT
Regular: $1.55

Our Price Each:

wers-Fake-Flowers/Silk   Go          Close

ure for that URL.
eb that will become part of the      Help

| Quantity | Price |
|---|---|
| 1 – 11 | $0.89 |
| 12 + | $0.79 |

| 1 |

| Quantity | Price |
|---|---|
| 1 – 11 | $1.29 |
| 12 + | $1.19 |

| 1 |

| Quantity | Price |
|---|---|
| 1 – 11 | $1.29 |
| 12 + | $1.19 |

| 1 |

| Quantity | Price |
|---|---|
| 1 – 11 | $1.29 |
| 12 + | $1.19 |

| 1 |

Dahlia
Daisy
Delphinium
Dendrobium Orchid
Dogwood
Forsythia
Freesia
Gardenia
Geranium
Gerbera Daisy
Ginger
Gyp
Heather
Heliconia
Hibiscus
Hydrangeas
Iris
Japanese Lantern
Larkspur
Lavender
Lilac
Lily
Lily of the Valley
Lunaria
Magnolia
Marigold
Mum
Peony
Phalaenopsis Orchid
Poppy
Pussy Willow
Ranunculus
Roses
Scabiosa
Shamrock
Silver Dollar
Snapdragon



18" Small Silk Gerbera Daisy in Pink with a 3" Flower OVERSTOCK

AF-SLK-GD9221-PK
Regular: $0.95

Our Price Each:
$0.55

| 1 |

- Skip to navigation
- Skip to main content
- Skip to secondary content
- Skip to footer

We don't just send your press release. We send you proof of distribution!

- Place Order
- Press Release Submission
- Press Release Writing
- FAQ
- Where Does it Go?

# AutoVase(R) Adds a Dash of Decor to Any Vehicle's Dashboard

share    share    Like

SIMI VALLEY, Calif., Nov. 8, 2007 — Even with rising gasoline prices, Americans spend more than 200 hours a year driving to and from work. Entrepreneur Greg Smith of HotSmith Products may not have the answer to traffic congestion and road rage, but his product is designed to make the daily commute a more pleasant one.

The patent-pending AutoVase(R) is a vase that easily clips to any vehicle's air vent. The vase is sized to hold a few fresh or artificial flowers. Smith notes that because plastic tends to fade, scratch or discolor over time, AutoVase is made of clear glass.

"With AutoVase," says Smith, "while commuters are busy working their gas and brake pedals, our petals can give them a much-needed break. Of course, you don't have to be a business commuter to enjoy AutoVase. Anyone who drives a car can appreciate the ambience AutoVase brings to the daily routine. At this time of year, it makes a great stocking-stuffer."

Smith, whose company HotSmith Products specializes in bringing novel concepts to market, points out that the AutoVase makes a great gift for anyone, since it can hold more than just flowers. Here are a few of his ideas:

```
-- Use the AutoVase as a pen or pencil holder.
-- Put an "in case of emergency" cigarette or cigar in the
   AutoVase.
-- Keep your tire gauge in the AutoVase right at your
   fingertips.
-- Hang an extra pair of glasses or sunglasses over the rim
   of the AutoVase.
-- Print pertinent contact and medical information on a small
   piece of paper - to be used in the event of an accident -
   roll it up, and stash it in the AutoVase.
```

AutoVase is designed to clip onto any type of air vent. The clip rotates 360 degrees and slides up and down on the vase, allowing the vase to adjust to an upright position. In fact, AutoVase offers a money-back guarantee if the vase does not fit a vehicle's vent.

For customers planning to use the AutoVase to enjoy a bit of nature inside their cars, Smith adds that fresh flowers fare best in cooler months and only need a half-filled vase, so the water won't spill under normal driving conditions. For those who prefer silk flowers, http://www.autovase.com offers more than a dozen varieties of lifelike rosebuds and daisies.

Available with either a black, silver or gold clip, AutoVase sells for $7.99 online and is also available at select car washes and convenience stores. The colorful silk flowers – made with the highest-quality materials to resist fading and fraying – sell for $2.99 each.

And soon, drivers will be able to stop (at a red light) and smell the roses, so to speak. That's because AutoVase is developing a line of fragrances to enhance the artificial flowers for a unique and elegant car air freshener.

To purchase AutoVase products or for more information, visit http://www.autovase.com.

Contact:

Greg Smith
HotSmith Products
P.O. Box 966
Simi Valley, CA 93062
805-577-8079
sales@autovase.com

# # #

No tags for this post. 620 views

- # **Headlines Home**

## Social Bookmarks

share   share   Like

## Our Clients Say It Best

*"On our first eReleases distribution, we were promptly contacted by Fast Company who then wrote a great article about our company.*

*That was a few years ago. The phone still rings from that article to this day, and we have since continued to use eReleases for all of our press release distribution needs."*

- Jeffrey Kay, Flippies.com Custom Flip Books

 *Autovase*.com ®

        

## *Car vase only $7.99*

*Choose your color...*

**Free First Class Mail shipping in the U.S. with orders over $10.00!**



*The AutoVase will clip to any car air vent. Clip slides up or down on vase and rotates to accept any vent style. Vase measures 2 ¼" H x ¾" W*



  

Clip Color [Black ▼]

[Order Now]

**Video as seen on TV**



## *Artificial Flowers...*

*Our Roses are of the highest quality and soft to the touch. Designed specifically for AutoVase, these flowers won't fade or fray like other silk flowers. So realistic your friends will be amazed when they find out they're not real. Click on each picture to see more detail of the petals. You'll agree, no other artificial flower compare.*

## *Rose Buds Only $2.99*

**Red Beauty**   **White Innocence**   **Golden Yellow**   **Red Cream**

   

Color [Red Beauty ▼]

[Order Now]

## *Gerber Daises Only $2.99*

**Sweet Pink**   **Sunshine Yellow**   **Snow White**

  

**Blue Violet**   **Sunset Orange**   **Red Ruby**

  

Colors [Sweet Pink ▼]



# save**on**crafts
### 20-50% off every day

Items in your Cart: 0    Checkout »

Live Chat  (M-F 9am-5pm P.S.T.)  |  Customer Service

Product Search [Go]   Expect better Prices    

Home

SPECIALS

What's New

Lights, Fiber Optics, String Lights

Crystals
Garlands,Curtains,Chandeliers

Crystal Wedding Trees & Wishing
Trees

Flowers : Garlands

Lavender, Naturals

Preserved Flowers: Orchids,
Roses & Sola Shell

Vases - Vase Gems- Floralytes

Wedding Decorations

Wood Slabs -Tree Slices- Birch
Bark

Apothecary Jars- Bell Jars- Candy
Bar

Baby & Childrens Gifts Toys

Baby Shower & Birthday Party
Decorations

Balloons and Balloon Lights

Baskets

Bath & Body

Bird Cages Birds Nests

Blackboards Chalkboards

Books - Magazines

Bottles and Jars

Bouquet Accessories

Boxes, Trays, Crates, Luggage

Branches - Natural

Buckets, Tubs

Burlap, Jute, Cording

Cake Stands - Cupcakes &
Macarons Displays

Cake Toppers

Candles, Candleholders, Candle
Shades

Candy

Candy Bar Supplies

Centerpiece Mirrors

Chair Sashes

Champagne Buckets, Ice Buckets

Chandeliers

Charger & Base Plates

Christmas - Holiday

Confetti

Corsage & Bouquet Supplies

Crystal Wedding Trees & Wishing
Trees

Easels, blackboards, frames,



30 Silk Flower Heads Gerbera Daisies Assorted 30 pieces $2.99 pkg/ 4 pkgs for $1.80 pkg.

Silk flower heads at discount prices.

**Gerbera Daisy silk flower heads (Package of 30) $2.99 pkg/ 4 pkgs for $1.80 pkg.**

Reg. price $3.99

They range from 2-1/4" to 4" across. Made with quality poly silks.

Use for decorations, scrapbooking, place cards, table numbers, greeting cards and more.

Also see:
Flower heads, petals, leaves
Gerbera daisies
Flowers and garlands
Naturals

**$2.99 pkg/ 4 pkgs for $1.80 pkg.**

65269578704   Retail: $3.99   Price : $2.99, 4/$7.56    **Add to Cart**

 **Gerbera Daisies**

 **Daisies**

 **Garlands**

---

Product Search [Go]    🛒 Checkout »    Shipping Information   About Us

---

**Customer Service (7am - 5pm PST) Mon - Fri (831) 768-8428**

Save-on-crafts.com is a premier site for catering, special event planners and wedding planners for wedding and reception supplies."Best wedding supplies and decoration ideas" 2009. Including floralytes, fiberoptics, lights, stemware, preserved flowers, freeze dried petals, eco-friendly confetti and decorations. Also find feathers, millinery, baskets, vase lights, natural touch flowers, crystal trees, wedding trees, curtains, guest registry books, paper crafts, floral supplies, vases and party supplies. Appropriate

# saveoncrafts
### 20-50% off every day

Items in your Cart: 0    Checkout »

Live Chat   (M-F 9am-5pm P.S.T.)  |  Customer Service

Product Search   Go    Expect Better Prices.   VISA

Home

SPECIALS

What's New

Lights, Fiber Optics, String Lights

Crystals
Garlands,Curtains,Chandeliers

Crystal Wedding Trees & Wishing
Trees

Flowers : Garlands

Lavender, Naturals

Preserved Flowers: Orchids,
Roses & Sola Shell

Vases - Vase Gems- Floralytes

Wedding Decorations

Wood Slabs -Tree Slices- Birch
Bark

Apothecary Jars- Bell Jars- Candy
Bar

Baby & Childrens Gifts Toys

Baby Shower & Birthday Party
Decorations

Balloons and Balloon Lights

Baskets

Bath & Body

Bird Cages Birds Nests

Blackboards Chalkboards

Books - Magazines

Bottles and Jars

Bouquet Accessories

Boxes, Trays, Crates, Luggage

Branches - Natural

Buckets, Tubs

Burlap, Jute, Cording

Cake Stands - Cupcakes &
Macarons Displays

Cake Toppers

Candles, Candleholders, Candle
Shades

Candy

Candy Bar Supplies

Centerpiece Mirrors

Chair Sashes

Champagne Buckets, Ice Buckets

Chandeliers

Charger & Base Plates

Christmas - Holiday

Confetti

Corsage & Bouquet Supplies

Crystal Wedding Trees & Wishing
Trees

Easels, blackboards, frames,



Silk Pink *Gerbera Daisies $3.99 each / 12 for $3 each*

Gerbera Daisies at discount and bulk discount prices.

**Pink Gerbera Daisy $3.99 each / 12 for $3 each**

reg. price $5 each



Natural looking flocked wired stem. Stands 26.5 inches tall. The bloom is 5" wide.
Flower is polysilk.

Also see:

Items in your Cart: 0    Checkout »

Live Chat  (M-F 9am-5pm P.S.T.)  |  Customer Service

Product Search  Go  Expect Better Prices     

Home

SPECIALS

What's New

Lights, Fiber Optics, String Lights

Crystals
Garlands,Curtains,Chandeliers

Crystal Wedding Trees & Wishing
Trees

Flowers : Garlands

Lavender, Naturals

Preserved Flowers: Orchids,
Roses & Sola Shell

Vases - Vase Gems- Floralytes

Wedding Decorations

Wood Slabs -Tree Slices- Birch
Bark

Apothecary Jars- Bell Jars- Candy
Bar

Baby & Childrens Gifts Toys

Baby Shower & Birthday Party
Decorations

Balloons and Balloon Lights

Baskets

Bath & Body

Bird Cages Birds Nests

Blackboards Chalkboards

Books - Magazines

Bottles and Jars

Bouquet Accessories

Boxes, Trays, Crates, Luggage

Branches - Natural

Buckets, Tubs

Burlap, Jute, Cording

Cake Stands - Cupcakes &
Macarons Displays

Cake Toppers

Candles, Candleholders, Candle
Shades

Candy

Candy Bar Supplies

Centerpiece Mirrors

Chair Sashes

Champagne Buckets, Ice Buckets

Chandeliers

Charger & Base Plates

Christmas - Holiday

Confetti

Corsage & Bouquet Supplies

Crystal Wedding Trees & Wishing
Trees

Easels, blackboards, frames,



Silk Daisies  Purple Gerbera Daisy (7" flower)  $2.99 each / 12 for $2.49 each

Gerber Daisies at discount prices

**Purple Gerber Daisies $2.99 each / 12 for $2.49 each**

reg. price $4.99 each



place card & table # holders

El Wires - El Wire Kits

Fabric, Notions, Felt

Favor Bags

Favor Making Supplies

Feathers, Ostrich Feathers, Peacock Feathers, Trim

Fiberoptic Centerpieces

Floating Candle Bowls

Floral Florist Supplies

Floralytes & AquaBrites

Gifts & Gift Wrapping

Glasses, Beverage Servers

Glowbys Fiberoptic Barrettes

Glow Products, Necklaces Bracelets

Green Crafting, Green Goods

Greenery-Grasses, Ivy, Leaves

Guest Books

Hawaiian Luau Party Decorations

Home & Garden Decor

Jewelry, Displays, Supplies

Masks, Mardi Gras, Costume Party

Millinery Fascinators -Flower Couture

Mirrors

Moss, Moss Pots, Poles, Garlands

Natural Wood Pieces - Rustic Decor

Padlocks & Keys

Paper Crafts, Paper Melange,Tags

Paper Lanterns, Parasols, Fans

Party Event Lighting Decorations

Pedestals, Risers, Displays, Finials

Pots, Planters

Ribbons & Tulle

Sparkle Sand

Shells - Beach Glass- Fish Net

Spring, Easter, Decorations, Flowers

Stanchions, Shepherds Hooks, Tulle Stands, Arbors

Table Runners Overlays & Chair Covers

Vases & Vase Fillers

Wall Decor Signs Letters Banners

Wood Craft Goods

Reusable shopping bags

Art & Craft Supplies

Ideas & Inspiration

Shipping Info

Contact us



Natural looking wired stem.
Stands 29 inches tall. Bloom has a 7" diameter.
Fully wired stem.
Made with quality poly silks.





Also see:
Gerbera daisies
flower petals and flower heads
flowers, garlands, greenery
naturals
purple flowers

Please order in multiples of 12 for the extended discount.

**$2.99 each / 12 for $2.49 each**

03384939393  Retail: $4.99  Price : $2.99, 12/$29.88    [ Add to Cart ]

 **Gerbera Daisies**

---

| Product Search | Go | 🛒 Checkout » | Shipping Information | About Us |

**Customer Service (7am - 5pm PST) Mon - Fri (831) 768-8428**

Save-on-crafts.com is a premier site for catering, special event planners and wedding planners for wedding and reception supplies."Best wedding supplies and decoration ideas" 2009. Including floralytes, fiberoptics, lights, stemware, preserved flowers, freeze dried petals, eco-friendly confetti and decorations. Also find feathers, millinery, baskets, vase lights, natural touch flowers, crystal trees, wedding trees, curtains, guest registry books, paper crafts, floral supplies, vases and party supplies. Appropriate descriptive keywords include: wedding supplies, special events, table top, tulle, favors, event lighting, reception, weddings.



FIRST TIME HERE? TAKE A TOUR

*Fiore*

FRESH FLOWERS | ARTIFICIAL FLOWERS | PLANTS

LOG IN or JOIN NOW
e-mail
password
forgot your password?

WORLD FLOWERS NEWS

**Bachman's flower design workshop**
KAREBachman's flower design workshopKAREGOLDEN VALLEY, Minn-- Learn the art of flower arranging from Bachman's award-winning floral design team. With a few helpful instructions, particip ...

**Marion Council on Aging holds flower design workshop**
Sippican WeekMarion Council on Aging holds flower design workshopSippican WeekMarion — It's staring to look like spring at the Marion Police Department where on Wednesday, March 7, the Cou ...

**Award-winning floral designer offers talk, workshop March 18 in Madison**
Award-winning floral designer offers talk, workshop March 18 in MadisonNew Jersey HillsLaura Clare, owner of a unique flower design company in Bernardsville specializing in fine flower arrangeme ...

SPONSORED LINKS

Any flow designers here?
9uNaHq ., http://esbinycjowgz.com/...
y7Kn3X ., http://vfbpibplnwiy.com/...

MY PORTAL

» MY CALENDAR
» ASTROLOGY
» BLOG
» MESSAGE BOARD
» NEWSLETTERS

Message board | Calendar | Astrology | Newsletter

ARTICLES                                    ALL ARTICLES

### Fresh Flowers Are not Just for the Dining Room Table

**Floral Design Course**
Learn floral design techniques and styles, flower displays and more.
www.PennFoster.edu
AdChoices ▷

Fresh Flowers in All the Traditional Places. When you think of a beautiful floral arrangement, you often think of the dining room table, especially if it is holiday time. And why not? Beautiful dining centerpieces have graced our tables for centuries. Whether you are having a party, decorating for a holiday, or simply adding a beautiful touch, keep in mind that floral arrangements should complement the décor and mood of the room. Remember, too, you don't have to have a traditional arrangement just because you find it in a traditional location. Instead of one big center arrangement, you may want to try a series of vases and candles on a fabric runner for a stunning effect.

Another traditional location for fresh flowers is in the foyer or entranceway. What a great way to make a terrific first impression. Regardless of your style, flowers in the entryway can create the mood from the moment someone walks through your door. Is your home formal? Try an elegant centerpiece or a piece of artwork on a pedestal draped with a garland and flowers. For a homier, friendlier look, place a basket with a garden bouquet on the entry table. No matter what your style, flowers can enhance your home.

**Beyond Tradition**

Let's not stop with tradition! Fresh flowers are so beautiful that they should not be relegated to the dining room and entryway alone. Why not brighten every room in your house? Let's look at a few ideas to help you think outside the box.

- **Kitchen**: Think beyond basil and oregano! Fill your kitchen window ledge with pots of herbs and sun-loving plants like kalanchoe, African violets, or primroses. A few well-placed gerbera daisies can help spice up your kitchen, too. The best part is that you can enjoy your mini-harvest every day.
- **Bedroom**: Add a touch of romance in your bedroom with a few beautiful stems that complement or accent the color of your linens or wallpaper. There is simply nothing like waking up to a delicate scent drifting from your nightstand. Tea roses, freesias, peonies, lilac and lilies, all have delicious fragrances.
- **Guest Bedroom**: Welcome your guest with a bright floral addition. Visitors feel extra special with a bright bunch of cut flowers sitting pretty on the guest room nightstand.
- **Bathroom**: Flowers in the bathroom? Why not! A simple plastic tumbler filled with fragrant blossoms makes an attractive air freshener. You can even add floating rose-petals in a bath to spoil a friend!
- **Office**: Any job is more enjoyable when the surroundings are cheerful and attractive, and what is more cheerful than cut flowers? Bring nature indoors and make yourself happier and healthier!
- **Laundry Room**: I can hear you now — NOT the laundry room, too! Yes, even the laundry room can use a bit of sunshine. Rinse out an old bleach or detergent bottle, fill it with cut flowers and place it on your washing machine or shelf. It'll help lighten the load on washday!
- **Staircase**: Create a "stepped" effect with a series of flowers in interesting containers.

There is nothing wrong with tradition — a big floral arrangement on the dining room table is always a welcomed addition to the décor of the room. Fresh flowers, however, don't have to stay in the dining room. Be creative! Think unique! Put them in all your nooks and crannies! And yes, even put them in your bathroom!

**You Don't Have to be a Floral Designer**

You've been to the florist before and know that you can't create the gorgeous centerpieces you find there, nor can you afford to buy them already made. Don't worry! Simply buy some fresh flowers, take them home, and experiment. Anything that can hold water is a possibility for a flower arrangement.

- Water Pitchers
- Urns

YOUR GUIDE

» ADRESSES
» HOLIDAYS
» CONGRATULATION
» ONLINE MAGAZINES
» BOOKS
» ARTICLES

FLOWERS & OCCASIONS

» SPRING   » ANNIVERSARY
» ROSES   » BIRTHDAY
» MIXED   » ROMANCE
» TULIPS   » THANK YOU
» LILIES   » SYMPATHY
» IRIS   » BUSINESS

FUNNY PICTURES



Flowers funny pictures. Find out more

BOOK ANOUNCEMENT



Handmade Flowers
**by David Shapiro**
Hardcover,
Harry N Abrams Inc
Price: $29.95



**by Kumiko Sudo**
Paperback,
Independent Pub Group
Price: $37.95

- Pots
- Vases
- Bowls
- Watering Cans
- Soda Bottles
- Mason Jars
- Champagne Bottles
- Mugs
- Even a ChildвҐ™s Plastic Cup

Once you have a few containers, the fun begins. Try filling a clear glass with flowers and fill with colored marbles. Create a cluster of different sized flower-filled bottles on a coffee table. Use bowls and shallow dishes for floating flower heads or petals and add floating candles for a bright and shining effect.

Mother Nature has created great beauty in flowers and you simply canвҐ™t go wrong. Develop your own personal style and taste by experimenting with different colors and types of flowers. Each week try a different look, color, or kind of flower.

The complementary colors of flowers can brighten any part of the house, from the kitchen to the family room to the bedroom. Expand your ideas to different areas throughout your home. The important thing is to have fun and enjoy.

Article source:

### 50% Off All Flowers Today

### Join Blooms Rewards -Up To 50% Off. Plus No Service Fee - Buy Today!

BloomsToday.com/50% Off Flowers

AdChoices ▷

Read more about Fresh Flowers Are a Plus for the Dining Room Table.



The Fiore logo and brand are copyright © SARP integro. Site provided by and copyright by 2006 © SARP integro

  

Use of this web site is an indication of your agreement with our Terms & Policies.
No part of this web site may be reproduced in part or in full without the express
written permission of the owners.

Enter Keyword

**Shop by Category**
Bride
Ceremony
Clothes
Favors
Gifts
Jewelry
Memories
Other Events
Post/Pre Wedding
Reception
Stationery
Themes
Wedding Memories
**Shop by Collections**
Select brand

Go

Find helpful advice and planning tips. Click Here
For on sale items. Click Here
For clearance items. Click Here

Below are the top ten essential items for your wedding:

- 1. Guest Books & Pens
- 2. Serving Sets
- 3. Toasting Flutes
- 4. Aisle Runners
- 5. Card Holders

- 6. Garters
- 7. Unity Candles
- 8. Cake Toppers
- 9. Flower Girl Baskets
- 10. Ring Bearer Pillows

## Within our wedding accessories store you'll find over 2,250 wedding accessories from the finest wedding collections including Beverly Clark, Cathy Concepts, Hortense B. Hewitt, Simply Charming, Lillian Rose.

DEC   MAR   APR        Close
◄  **10**  ►
2007  2008  2009        Help

**Here's your chance to save on some of our more popular and unique wedding accessories. This week's sale items are perfect for a beautiful spring wedding. These gorgeous wedding accessories feature vibrant colors schemes that will compliment any springtime wedding. (Specials are updated each week.)**

For on sale items. Click Here
For clearance items. Click Here

Shop with Confidence

- 100% Guarantee
- Hacker Safe Protection
- Toll Free 866-900-9553
- 30 Day Return Policy
- Free Shipping Over $150

Customer Testimonials

"Thank you - I received the slip and REALLY appreciate your great customer service!!!! You and your company are miles ahead of any other wedding accessory vendor!!!!!!!!! Best regards, "
- Kimberly (November 2007)

see more testimonials

Custom Color Guest Book
Originally: $46.95
Price: $42.95


Butterfly Charm Ring Pillow
Originally: $36.95
Price: $32.95


Gerber Daisy We Do Wedding Bulletins
Originally: $16.95
Price: $15.95


Chocolate and Strawberry Cream Flower Girl Basket
Originally: $40.95
Price: $38.95


Glazed Porcelain Doves and Flowers Cake Top
Originally: $30.95
Price: $28.95


Tin Favor Pails
Originally: $14.95
Price: $11.95


Rhinestone Cake Letters
Originally: $24.95
Price: $21.95


Entwined Garter
Originally: $24.95
Price: $22.95







